UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ROBERT SMITH, | Case No. CV 18-163-JFW (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| KAYLA FISHER, | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 5, 2018

_____
HONORABLE JOHN F. WALTER
United States District Judge